IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL P. TOCATLIAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **THE BOEING COMPANY** | : | **NO. 13-2322** |

## ORDER

**AND NOW**, this 30th day of December, 2013, upon consideration of the Motion for Summary Judgment (Document No. 25) and the parties' failure to conduct discovery as ordered, it is **ORDERED** that the motion is **DENIED**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.